**STATE of Missouri, Respondent,**

v.

**Richard H. KERNS, Appellant.**

**No. WD 59999.**

Missouri Court of Appeals,
Western District.

April 30, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Application for Transfer Denied
Aug. 27, 2002.

Kent Denzel, Columbia, MO, for Appellant.

John M. Morris, III, Jeremiah W. (Jay) Nixon, Audara L. Charlton, Jefferson City, for Respondent.

Before ROBERT G. ULRICH, P.J., PATRICIA A. BRECKENRIDGE and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM.

Richard Kerns appeals his conviction following a jury trial for possession of a controlled substance, section 195.202, RSMo 2000, and sentence of five years imprisonment. In his sole point on appeal, he claims that the trial court abused its discretion in allowing the State to endorse a witness two days before trial and in permitting her to testify. The judgment of conviction is affirmed. Rule 30.25(b).